Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Robert Chavez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Cases No. 2:23-cr-00067-CDS-DJA |
| Plaintiff | **Order Approving Stipulation to Continue Status Report Deadline** |
| v. | |
| Robert Chavez, | (Second Request) |
| Defendant | |

The parties stipulate to continue the status report deadline (currently September 11, 2024) for a period of 30 days to allow additional time for Mr. Chavez to complete his pretrial diversion requirements. This stipulation is supported by the following facts:

1. Since filing the last stipulation, Mr. Chavez has completed all three of the online courses that he is required to complete.

2. Mr. Chavez requires additional time to complete the community service requirement of the pretrial diversion agreement.

3. The government has no objection to the defense's request.

Accordingly, the parties stipulate to continue the status report deadline (currently September 11, 2024) for a period of 30 days to October 11, 2024.

Dated September 11, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>Rick Mula<br>Assistant Federal Public Defender | By */s/ Skyler Pearson*<br>Skyler Pearson<br>Assistant United States Attorney |

**Order**

Good cause appearing, it is hereby ordered that the deadline for the government to file a motion to dismiss or for the parties to file a status report is extended by 30 days to October 11, 2024.

_____
Cristina D. Silva
United States District Judge

Dated: September 12, 2024

3