Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Robert Chavez

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Cases No. 2:23-cr-00067-CDS-DJA |
| Plaintiff | **Stipulation and Order to Continue Status Report Deadline** |
| v. | |
| Robert Chavez, | (Third Request) |
| Defendant | [ECF No. 38] |

The parties stipulate to continue the status report deadline (currently October 11, 2024) for a period of 31 days to allow additional time for Mr. Chavez to complete his pretrial diversion requirements. This stipulation is supported by the following facts:

1. Mr. Chavez has completed all three of the online courses that he is required to complete.

2. Mr. Chavez requires additional time to complete the community service requirement of the pretrial diversion agreement.

3. The government has no objection to the defense's request.

Accordingly, the parties stipulate to continue the status report deadline (currently October 11, 2024) for a period of 31 days to November 11, 2024.

Dated October 10, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rick Mula<br>Rick Mula<br>Assistant Federal Public Defender | By /s/ Skyler Pearson<br>Skyler Pearson<br>Assistant United States Attorney |

## Order

Good cause appearing, it is hereby ordered that the deadline for the government to file a motion to dismiss or for the parties to file a status report is extended by 31 days to November 11, 2024.

Dated: October 15, 2024

_____
UNITED STATES DISTRICT JUDGE

2