# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-cr-00067-CDS-DJA |
| Plaintiff | **Order to Show Cause** |
| v. | |
| Robert Chavez, | |
| Defendant | |

Defendant Robert Chavez entered into a petty offense diversion agreement with the government. ECF No. 31. The agreement allows that, after a period of six months, in exchange for successful completion of the conditions, the government will dismiss counts one and two of the criminal information. *Id.* at 2. Because Chavez required additional time to complete the diversion requirements, the deadline for the government to file a motion to dismiss or for the parties to file a joint status report was extended. ECF Nos. 34; 37; 39; 41. Now, the January 10, 2025, deadline has passed without a response from the parties. It is therefore ordered that the United States and Chavez must show cause, in writing, no later than January 24, 2025, why they failed to comply with my November 12, 2024, order to file a motion to dismiss or a status report by January 10, 2025.

Dated: January 21, 2025

_____
Cristina D. Silva
United States District Judge