# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-cr-00067-CDS-DJA |
| Plaintiff | **Order Discharging Show Cause and Setting Hearing** |
| v. | |
| Robert Chavez, | |
| Defendant | |

I ordered the United States and defendant Robert Chavez to show cause by January 24, 2025, why they failed to comply with my November 12, 2024, order to file a motion to dismiss or a status report by January 10, 2025. OSC, ECF No. 42. The parties timely complied with the order (ECF No. 43) and submitted a joint status report (ECF No. 44), thus the order to show cause will be discharged.

In their latest joint status report, the parties indicate that, even with an additional five-month extension, that Chavez has failed to complete the community service requirement. ECF No. 44. Although the parties "have discussed the situation and agree that the best of course of action would be for the Court to issue a summons to the agency[,]" I have questions about this proposed course of action which necessitates a hearing.

It is therefore ordered that this matter is set for hearing on **February 7, 2025, at 10:00 a.m.** in LV Courtroom 6B, and Chavez is required to appear in person.

It is further ordered that the order to show cause **(ECF No. 42) is discharged**.

Dated: January 23, 2025

_____
Cristina D. Silva
United States District Judge