UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00067-CDS-DJA-1 |
|---|---|
| Plaintiff | **Order Approving Stipulation to Continue Status Conference** |
| v. | |
| ROBERT CHAVEZ, | [ECF No. 46] |
| Defendant | |

Based on the parties' stipulation, and good cause appearing, it is ordered that the status hearing currently scheduled for February 7, 2025, at 10:00 a.m., is vacated and continued to February 13, 2025, at 2:30 p.m.

Dated: January 28, 2025

_____
UNITED STATES DISTRICT JUDGE